| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | 2:12 - MJ -0166 GGH |
| | ) | |
| v. | ) | |
| | ) | |
| KEITH LAMONT SMITH | ) | |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
    (X) Ad Prosequendum                        () Ad Testificandum

Name of Detainee:          KEITH LAMONT SMITH
Detained at (custodian):   Sacramento County Jail

Detainee is:    a.)    (X) charged in this district by: ( ) Indictment   ( ) Information  (X) Complaint
                                  charging detainee with: 18 U.S.C. § § 1951. 1952
    or    b.)    ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:    a.)    (X) return to the custody of detaining facility upon termination of proceedings
    or    b.)    ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary **forthwith** in the Eastern District of California.*

| | |
|---|---|
| Signature: | /s/ Michelle Rodriguez |
| Printed Name & Phone No: | Michelle Rodriguez (916) 554-2773 |
| Attorney of Record for: | United States of America |

## WRIT OF HABEAS CORPUS
    (X) Ad Prosequendum                        () Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, ***forthwith,*** before an Honorable Magistrate Judge, 501 I Street, 8th Floor, Sacramento, California, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Date: June 20, 2012

                                          /s/ Gregory G. Hollows
                               UNITED STATES MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Gender: | Male |
| Booking or CDC #: | 09646728 | DOB: | XX/XX/1976 |
| Facility Address: | 651 I Street | Race: | White |
| | Sacramento, CA 95814 | FBI #: | |
| Facility Phone: | (916)874-6752 | | |
| Currently Incarcerated For: | PC 273.5(A) Felony | | |

### RETURN OF SERVICE

Executed on _____        By: _____
                                                                (Signature)